

JEFF JACKSON
ATTORNEY GENERAL

REPLY TO: STEPHANIE A. BRENNAN
SPECIAL DEPUTY ATTORNEY GENERAL
SPECIAL LITIGATION SECTION
T: 919.716.6900
F: 919.716.6764
sbrennan@ncdoj.gov

December 15, 2025

Nwamaka Anowi
Clerk of the Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re: No. 25-1745, Vapor Technology Association v. Wooten
    Citation of supplemental authority under Appellate Rule 28(j)

Dear Ms. Anowi:

As defendants explained in their response brief, this appeal involves a challenge to a North Carolina law, SL 2024-31, that implements a sales directory for vapor products approved for sale in North Carolina and bans the sale of products not listed.

On November 25, 2025, after defendants filed their response brief, the District Court for the Southern District of Mississippi issued a decision denying a preliminary injunction to Vapor Tech Association in a case in which it sought to challenge a similar Mississippi statute. In *Vapor Tech Assoc. v. Graham*, No. 1:25-cv-366, 2025 U.S. Dist. LEXIS 231497 (S.D. Miss. Nov. 25, 2025), the court held that Vapor Tech had not demonstrated a substantial likelihood of success on an implied preemption claim based on the Federal Food, Drug, and Cosmetic Act (FDCA). *Id.* at *10-14. The court based this holding on the presumption against preemption; the preservation, preemption, and savings clauses in 21 U.S.C. § 387p; and the distinction between tobacco product standards reserved for the federal government and sales restrictions that were not preempted. *Id.* at *10-20.

The court rejected Vapor Tech's argument, made here as well, that *Buckman v. Co. v. Plaintiffs' Legal Committee,* 531 US 341 (2001) supports implied preemption, noting that *Buckman* must be understood in context. 2025 U.S. Dist. LEXIS 231497, at *15-17. It also rejected Vapor Tech's arguments, made here as well, that the directory statute is preempted because it conflicts with federal enforcement priorities. *Id.* at *19-20.

A copy of the decision is attached.

Respectfully submitted,

/s/ Stephanie A. Brennan
Stephanie A. Brennan
Special Deputy Attorney General

Enclosure

cc: All counsel of record via CM/ECF